**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Letica Renita RISBY, a.k.a. Letica
Renita Williams, Defendant–
Appellant.**

**No. 10–11031.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 9, 2011.

Brett Meltzer, U.S. Attorney's Office, Gainesville, FL, Thomas F. Kirwin, U.S.

Attorney's Office, Tallahassee, FL, Pamela A. Moine, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Lloyd Lowell Vipperman, Jr., Law Office of Lloyd L. Vipperman, Jr., Gainesville, FL, for Defendant–Appellant.

Before BLACK, HULL, and KRAVITCH, Circuit Judges.

PER CURIAM:

After reviewing the record, the parties' briefs, and having had the benefit of oral argument, we find no reversible error.

**AFFIRMED.**